UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                        Case No. 1:14-cr-51

v.

                                        HON. JANET T. NEFF

BEN ALAN PHELPS,

     Defendant.

_____/

## **ORDER**

    Pending before the Court is Defendant's *pro se* Motion for early termination of supervised release (ECF No. 34), seeking early termination of his supervised release. The government filed a Response indicating that neither U.S. Probation nor the U.S. Attorney's Office objects to early termination of Defendant's supervised release (ECF No. 37). The Court having reviewed the parties' motion papers, and pursuant to 18 U.S.C. § 3583(e)(1):

    **IT IS HEREBY ORDERED** that Defendant's Motion for early termination of supervised release (ECF No. 34) is GRANTED.

    **IT IS FURTHER ORDERED** that Defendant is discharged from supervision, and that the proceedings in this case are terminated.

Dated: September 20, 2019             ___/s/ Janet T. Neff_____
                                     JANET T. NEFF
                                     United States District Judge